BP-S770.060  **MEDICAL/SURGICAL AND PSYCHIATRIC REFERRAL REQUEST**  CDFRM
FEB 05
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: OMDT, CENTRAL OFFICE   EMAIL: BOP-HSD/MEDICAL DESIGNATIONS | PHONE: (202)514-9780 |
| Date: 11 July 2006   Institution: FCI Marianna | |
| INMATE NAME: Acosta, Enrique   *MNA* | REG. NO.: 46437-004 |
| Sex:  ☒ Male  ☐ Female | Date of Birth: Age: 49 |
| Prepared by: Dr. Tito Tanguilig, M.D., Staff Physician | Phone: 850-526-2313 ext. 305 |
| Name of Referring Physician or Psychologist: Dr. Tito Tanguilig, M.D., Staff Physician | Phone: 850-526-2313 ext. 305 |
| Reviewed and Approved by CD:        Date: Dr. Alfredo Guzman, M.D. | Phone: 850-526-2313 |
| Approved By:         (Warden) | Date: |
| Referral Type:   ☐ EMERGENCY     ☐ ROUTINE-URGENT     ROUTINE | |
| Has patient signed a consent for treatment:   YES   NO (Not required for Mental Health or involuntary treatment) | |
| Is required treatment available in local community:   x YES   NO If not, please explain:  Patient will require long term inpatient care/ physical rehabilitative services. | |
| Principle reason for referral to (check one): ☒ MRC Med/Surg (Please specify: ☒ LTC   ☒ PT   ☒ SURG   ONC) ☐ MRC MH ☐ Axis II Program | |
| Diagnoses: (For MH use current DSM criteria for Axis I, II, and III) Right Elbow Deformity with Limited Range of Motion Secondary to Ankylosis and Segmental Defect of the Ulna Hypertension Hyperlipidemia | |
| HT: __ft. __in.   WT: 141 lbs. | Significant ☐ gain ☐ loss ___lbs. |

49 year old
Ref' 1-27-38
Care 2
Mariel Cuban
Med-in



**NARRATIVE SUMMARY:** (Include symptoms and duration, past relevant hospitalizations at MRCs, consultations/procedures, est. duration of treatment, relevant laboratory data, diagnostic procedures required, completed tests and results, X-Ray studies, and proposed treatment goals.)

This is a 49 year old male with right elbow ankylosis and segmental defect of the ulna from a motor vehicular accident in ~ 1983. Patient had seen orthopedic surgeons in the past and was recommended to undergo surgical debridement and repair.

Physical Exam: Alert, oriented, in no apparent distress. His lungs were clear on auscultation. His cardiac rate and rhythm were regular with no audible murmur. The abdomen was soft with no guarding. There is gross deformity of the right elbow with limited flexion (~90 degrees) and extension (~140 degrees).

He is being referred for further evaluation and treatment.

ADDENDUM (09-11-06):
I saw this patient today. He still has the same degree of limitations on the use of his right upper extremity. The range of motion is from ~90 to ~135 degree range. He continues to be the pitcher in his softball team. He uses his affected arm to throw the ball. His team won the tournament this summer. He has the same functional problem with his right hand/elbow since the accident of ~1983. He has good grip in both hands. The use of his right hand is limited by his inability to fully extend and flex the elbow.

MELD SCORE: ____ (Chronic liver disease referrals only)

Current Medications (List ALL and doses):

Lovastatin 30 mg per day
Hydrodiuril 25 mg per day
Indocin 25 mg q 8-12 hour PRN

Compliant with regimen:  ☒ YES    ☐ NO

| Sex: ☒ Male ☐ Female | Date of Birth: | Age: 49 |
|---|---|---|

Special medical equipment in-transit: (All durable medical goods must accompany the inmate to the designated facility.)

  wheelchair   walker   ☐ cane   ☐ crutches   ☐ C-pap   ☐ Other:

12/03/2008 15:18 FAX                                                                          ☒009/012

| MEDICAL ISSUES: | |
|---|---|
| Currently hospitalized:    YES   ☒ NO    Date: | |
| Stable for transfer:    ☒ YES    ☐ NO | |
| ☐ IV required | Assistance with ADLs required |
| ☐ Hospice | ☒ Long-term treatment/rehabilitation |
| X  Physical therapy | ☐ Incontinent |
| ☐ Wound care | ☐ Drug withdrawal |
| Seizures | Oxygen |
| ☐ Cardiac monitoring | Diabetic care |
| ☐ Sickle Cell | |
| Allergic reaction: (specify) NKDA | |

**PSYCHIATRIC ISSUES:** (For MRC MH referrals only. For Step-down referrals, please utilize transfer form in guidelines. For Axis II referrals, skip this section)

The inmate has a valid DSM Axis I diagnosis and meets at least one of the following criteria from A and one from B (check all that apply): **N/A**

A. ☐ Dangerousness (check all that apply)

☐ Exhibits suicidal or self harm thoughts or behaviors secondary to a psychiatric illness other than antisocial or borderline personality disorder
☐ Exhibits homicidal or assaultive thoughts or behaviors, secondary to a psychiatric illness other than antisocial or borderline personality disorder
☐ Manifests, or will soon manifest, severe deterioration in functioning secondary to a psychiatric illness other than antisocial or borderline personality disorder

☐ Acute impairment in ability to function socially or in basic activities of daily living
☐ Currently experiencing psychiatric symptoms intolerable to self or extremely disruptive to the correctional environment
☐ Aggressive outpatient therapy has failed. Please describe:
☐ Due to complex presentation, psychiatric hospitalization is necessary for evaluation and/or diagnosis. Please describe:
☐ Involuntary commitment may be needed due to inmate noncompliance and severe mental illness

B. Emergency medication has been considered, and (check one):

☐ Inmate does not meet the criteria of being gravely disabled or being a danger to self or others
☐ Emergency mediation was given on _____ (date), but the inmate continues to refuse voluntary medication and/or remains acutely and severely mentally ill.

| RECOMMENDED MODE OF TRAVEL | ☐ Commercial air |
|---|---|
| ☐ Air ambulance | ☐ Institution vehicle |
| ☒ Air charter | ☐ BOP/USM airlift |
| ☐ Ground ambulance | ☐ BOP bus |
| S/L:  Min   Low   Med   High | CUS:   Com   Out   In   Max |

Current Offense/Charge: Conspiracy to distribute cocaine;

Projected Release Date:

CIMS Considerations: (Pending incident reports, separatees, threat group affiliations, etc.)

**FOR USE BY OMDT:**

❏ APPROVED    ❏ MRC REQUIRED:

Projected length of stay: _____ days   _____ months

❏ DENIED    Comments:

Distribution: Medical File – informational copy, Central File – completed copy, OMDT

(This form may be replaced via WP)       This form replaces BP-S770 dtd
JAN 03